UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                             ORDER

IN RE: CARMINE P. AMELIO

18 Civ. 8769 (GBD)
18 Civ. 11420 (GBD)
19 Civ. 314 (GBD)
19 Civ. 5944 (GBD)
19 Civ. 7091 (GBD)

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

*Pro se* Debtor-Appellant Carmine Amelio initiated the above-captioned matters before this Court, appealing decisions of Chief Bankruptcy Judge Cecelia G. Morris ("Chief Judge Morris"). Within these matters, Debtor-Appellant has filed numerous frivolous documents and motions, including in cases that have been adjudicated, fully briefed, and closed. Currently before this Court are Debtor-Appellant's motion for stay pending appeal pursuant to Federal Rule of Appellate Procedure 8(a)(1), (18 Civ. 8769 (GBD), ECF No. 49), and Debtor-Appellant's emergency motion for a Temporary Restraining Order, (18 Civ. 8769 (GBD), ECF No. 51)—notably, both of which are filed in a closed case. Both of Debtor-Appellant's motions are DENIED.[1]

Based on the thorough analysis conducted by Chief Judge Morris in Debtor-Appellant's underlying bankruptcy appeal, as well as the nature of Debtor-Appellant's multiple frivolous filings in this district and elsewhere, this Court agrees with the Bankruptcy Court that Debtor-Appellant is a "vexatious litigant" who has "purposely filed frivolous and vexatious

---

[1] Although this Court has not received any response to these motions, given the consistent nature of Debtor-Appellant's appeals, this Court *sua sponte* denies the motions and imposes restrictions on any of his future attempts to file in these actions.

motions and pleadings in various bankruptcy cases." (Bankruptcy Adversary Proceeding No. 19-01089 (CGM), ECF No. 23 at 3.) Indeed, Chief Judge Morris's conclusion that Debtor-Appellant's "vexatious conduct has interfered with the administration of this bankruptcy case" reigns true to his appeals at the district court level as well. Therefore, and considering that the above appeals are now closed, this Court imposes the same restriction as previously ordered by Chief Judge Morris. That is, Debtor-Appellant is hereby "restrained and enjoined from filing motions, pleadings and/or taking any actions" in the above-captioned cases "without prior approval" from Chief Judge Morris.

Dated: September 15, 2020
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge